

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00325-CV

| | | |
|---|---|---|
| MARLENE W. MITCHELL, Appellant | § | On Appeal from the 17th District Court |
| V. | | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE AMERICAN MORTGAGE INVESTMENT PARTNERS FUND I TRUST AND WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST III, Appellees | §<br><br><br><br><br>§<br><br><br><br><br>§ | of Tarrant County (017-291827-17)<br><br><br><br>May 2, 2019<br><br><br><br>Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell